GOTHAM AMUSEMENT CORPORATION, Appellant, v. METRO-GOLDWYN-MAYER DISTRIBUTING CORPORATION, Respondent.— Order denying plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX KRAUSS, Appellant, v. MARGARET KRAUSS, Respondent.— Order denying plaintiff's motion to modify and amend decree of divorce so that custody of child may be awarded to the plaintiff reversed and the matter remitted to an official referee to take testimony on the issue of custody and report to the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote for affirmance. Settle order on notice.

JULIA WIENKEN, on Behalf of Herself and All Other Members of the Syndicate Known as Syndicate No. 65-66, Respondent, v. MARLOWE AVENUE CORPORATION and Others, Appellants.— Order in so far as it denies defendants' motion to vacate plaintiff's notice to take testimony, and directs production of records, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN WASIELEWICZ, Respondent, v. KILAR CONSTRUCTION Co., INC., and Others, Defendants, Impleaded with INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order granting plaintiff's motion for examination of defendant, appellant, before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BLANCHE NAQUIN, Respondent, v. LIGGETT DRUG COMPANY, INC., Appellant, Impleaded with Another.— Order granting plaintiff's motion for examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SAMUEL ARONOWITZ, as Administrator, etc., of IRVING ORNSTEIN, Deceased, to Discover Certain Property of Said Deceased. MATTEO KAPLAN and SAMUEL ELIAS, Respondents.— Orders dismissing discovery proceedings commenced by administrator unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PAULINE GALUTEN and Another, Respondents, v. ERIE RAILROAD COMPANY, Appellant.— Order granting plaintiff's motion for a preference and advancing cause to the jury reserve calendar for June 14, 1935, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUDOLPH EBERHARDT, Respondent, v. THE ARROW CARRIER CORPORATION, Appellant.— Order denying defendant's motion to vacate plaintiff's notice of examination of defendant before trial unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.